IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ANTHONY LEROY DAVIS,**

                        **Petitioner,**

       v.                                                **CASE NO. 23-3191-JWL**

**UNITED STATES OF AMERICA,**

                        **Respondent.**

### MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's motions for leave to file application for writ of habeas corpus (Docs. 5 and 6) and his motion for hearing (Doc. 7). The motions for writ of habeas corpus seeks permission to file motions brought under 28 U.S.C. § 2255 and will be denied for the reasons already explained to Petitioner. (*See* Doc. 4, n. 1.) The motion for hearing will be denied without prejudice because, as has been explained to Petitioner, this matter may not proceed unless he pays the full $402.00 filing fee to this Court. *Id.* at 2. The fee is due on or before September 11, 2023.

**IT IS THEREFORE ORDERED** that Petitioner's motions for leave to file application for writ of habeas corpus (**Docs. 5 and 6**) are **denied.** Petitioner's motion for hearing (**Doc. 7**) is **denied without prejudice**.

**IT IS SO ORDERED.**

DATED:   This 22nd day of August, 2023, at Kansas City, Kansas.

                                                S/ John W. Lungstrum
                                                JOHN W. LUNGSTRUM
                                                United States District Judge