## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ANTHONY LEROY DAVIS,

**Petitioner,**

**v.**                                    CASE NO. 23-3191-JWL

UNITED STATES OF AMERICA,

**Respondent.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's latest filings. His motion for leave to proceed in forma pauperis (Doc. 9) and his motion for appointment of counsel (Doc. 12) will be denied for the reasons already explained. (*See* Doc. 4.) The full filing fee remains due on or before September 11, 2023. (*See* Doc. 4.) If Petitioner fails to pay the full fee within that time, this matter will be dismissed without further prior notice to Petitioner. Petitioner's notice of hearing (Doc. 11) is construed as a motion and is also denied for the reasons already explained. (*See* Doc. 8.)

Liberally construed, Petitioner's motion for sanctions (Doc. 13) appears to be based on the Court's refusal to file his motions seeking relief under 28 U.S.C. § 2255. The motion will be denied because, as has been repeatedly explained to Petitioner, he has no federal criminal case in which a § 2255 motion can be filed. (*See* Doc. 4, p. 1 n.1.) Finally, Petitioner's "notice and motion for leave to file amended petition, relation back of amendments, and an [*sic*] supplemental pleading" will also be denied.

Although the motion seeks leave to file a petition in this matter under 28 U.S.C. § 2241, the sole ground for relief asserted in the attached proposed amended petition again argues that Petitioner is entitled to relief under 28 U.S.C. § 2255. (Doc. 14; 14-2, p. 9-10.) The Court has

repeatedly explained to Petitioner why this argument is unsuccessful. (*See, e.g.*, Doc. 4, p. 1 n.1.) When the sole claim in a proposed amended petition would be subject to dismissal, the motion to amend may be denied as futile. *See Anderson v. Suiters*, 499 F.3d 1228, 1238 (10th Cir. 2007).

**IT IS THEREFORE ORDERED** that Petitioner's motions to proceed in forma pauperis, his motion for appointment of counsel, his motion for sanctions, and his motion for leave to file an amended petition (**Docs. 9, 12, 13, and 14**) are **denied.** Petitioner's notice of hearing (**Doc. 11**) is construed as a motion for hearing and is also **denied**.

**IT IS SO ORDERED.**

DATED:   This 29th day of August, 2023, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge