IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY LEROY DAVIS,

                             Petitioner,

      v.                                                                  CASE NO. 23-3191-JWL

UNITED STATES OF AMERICA,

                             Respondent.

**MEMORANDUM AND ORDER**

      This matter comes before the Court on Petitioner's latest pro se filings, which the Court has carefully reviewed and liberally construes as motions. Over the course of the documents, Petitioner asks this Court to enter orders relating to service, default judgment, summary judgment, judgment on the pleadings, and the production of transcripts, and he declares that he is withholding consent for these proceedings to involve a magistrate judge (Docs. 16, 17, and 18.) These motions will be denied because, as has been repeatedly explained to Petitioner, this case will not proceed unless he pays the full filing fee on or before September 11, 2023. (*See* Docs. 4, 8.) Thus, all of the orders Petitioner seeks through the current motions are premature.

      **IT IS THEREFORE ORDERED** that Petitioner's motions (**Docs. 16, 17, and 18**) are **denied.**

      **IT IS SO ORDERED.**

      DATED:   This 5th day of September, 2023, at Kansas City, Kansas.

                                                        S/ John W. Lungstrum
                                                        JOHN W. LUNGSTRUM
                                                        United States District Judge